IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JEFF ROEDER and CHRISTOPHER GRILL, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 14cv4091-MWB-LTS<br>) |
| vs. | )<br>) |
| DIRECTV, INC. and DIRECTV, LLC, | )<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT

COMES NOW Christopher R. Howard, attorney for Defendants DIRECTV, INC and DIRECTV, LLC, and makes the following certifications:

1. I have read the following article: Steve D. Susman and Thomas M. Melsheimer, *Trial By Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials in Civil Cases*, 32 Rev. Litig. 431 (2013); and

2. I will make a good faith effort to apply the basic principles of the Susman & Melsheimer article and the concepts contained in Pretrial Agreements Made Easy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of November, 2015.

1

Respectfully submitted,

/s/ Christopher R. Howard
Christopher R. Howard AT0010858
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri 64106
Telephone: (816) 627-4400
Facsimile: (816) 627-4444
crhoward@littler.com

Patricia J. Martin *admitted pro hac vice*
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO 63102
Telephone: (314) 659-2000
Facsimile: (314) 659-2099
pmartin@littler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of November, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher R. Howard
Attorney for Defendants

2