## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JEFF ROEDER and CHRISTOPHER GRILL, | ) ) ) | Case No. 14cv4091-MWB-LTS |
| Plaintiffs, | ) ) ) | AFFIDAVIT OF NATHAN WILLEMS |
| vs. | ) ) ) | |
| DIRECTV, INC. and DIRECTV, LLC, | ) ) ) | |
| Defendants. | ) ) | |

STATE OF IOWA   )
                ) SS:
COUNTY OF LINN  )

I, Nathan Willems, attorney for Plaintiffs Jeff Roeder and Christopher Grill, state under oath as follows:

1.      I have read the following article: Steve D. Susman and Thomas M. Melsheimer, "Trial By Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials in Civil Cases," 32 Rev. Litig. 431 (2013).

2.      I will make a good-faith effort to apply the basic principles of the Susman and Melsheimer article and the concepts contained in "Pretrial Agreements Made Easy."

_____
Nathan Willems

Subscribed and sworn to before me this 18th day of November, 2015.

LINDA J. DEAN
COMMISSION NO. 703029
MY COMMISSION EXPIRES
May 4, 2018

_____
Notary Public in and for the State of Iowa

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of November, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_Linda J. Dean_