# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JEFF ROEDER and CHRISTOPHER GRILL,<br><br>   Plaintiffs,<br><br>vs.<br><br>DIRECTV, INC. and DIRECTV, L.L.C.,<br><br>   Defendants. | No. C14-4091-LTS<br><br>**ORDER** |

The parties' joint motion (Doc. No. 140) for leave to file the settlement agreement under seal is **granted**. The agreement shall be filed under seal. In addition, the deadline for filing the agreement is hereby **extended** to **July 7, 2017**.

**IT IS SO ORDERED.**

**DATED** this 30th day of June, 2017.

_____
Leonard T. Strand, Chief Judge